IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-76,640






EX PARTE DELBERT ALONZO KINCADE, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NO. 241-0002-08-A IN THE 241ST JUDICIAL DISTRICT COURT


FROM SMITH COUNTY






 Per curiam.


O P I N I O N



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court this application for writ of habeas corpus. Ex parte
Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of injury to a child
and sentenced to life imprisonment. The Twelfth Court of Appeals affirmed his conviction. 
Kincade v. State, No. 12-08-00247-CR (Tex. App. - Tyler, December 16, 2009). 

 Applicant contends that his appellate counsel rendered ineffective assistance because counsel
failed to timely notify Applicant that his conviction had been affirmed and failed to advise him of
his right to petition for discretionary review pro se.

 Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court
has entered findings of fact and conclusions of law that appellate counsel failed to timely notify
Applicant that his conviction had been affirmed and failed to advise him of his right to petition for
discretionary review pro se. The trial court recommends that relief be granted. Ex parte Wilson, 956
S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity
to file an out-of-time petition for discretionary review of the judgment of the Twelfth Court of
Appeals in Cause No. 12-08-00247-CR that affirmed his conviction in Case No. 241-0002-08-A
from the 241st Judicial District Court of Smith County. Applicant shall file his petition for
discretionary review with this Court within 30 days of the date on which this Court's mandate issues.


Delivered: September 21, 2011

Do not publish